656

Arthur Richard, Appellee, v. Katie Keyes, Appellant.
Gen. No. 44,610.

opinion filed
October 18, 1949; rehearing denied November 3, 1949; released for
publication November 3, 1949. Harris B. Gaines, for appellant; Milton
Silberg and Jerome Silberg, for appellee. Opinion by JUSTICE SCANLAN.
Not to be published in full.

Wylie A. Hamilton, Appellee, v. W. W. Toler, Trading
as W. W. Toler and Son, Appellant.
Term No. 49M4.

opinion filed October 18, 1949; released for pub-
lication November 21, 1949. Creighton & Kerr, for appellant; Burgess,
Loy & Burgess, and Louis Beasley, for appellee. Opinion by JUSTICE
SCHEINEMAN. Not to be published in full.